■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARL COOPER, Appellant. [995 NYS2d 532]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard Carruthers, J.), rendered on or about January 16, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Andrias, Saxe, Richter and Feinman, JJ.